```
                          United States Bankruptcy Court
                                District of Oregon
In re:                                                       Case No. 11-60770-fra
Kenneth Floyd Hengel                                         Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0979-6          User: kay                    Page 1 of 3                  Date Rcvd: Apr 19, 2013
                              Form ID: NPD                 Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2013.
db           +Kenneth Floyd Hengel,    3881 Souza Street,    Eugene, OR 97402-1539
cr           +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
99205109     +Assoc Creditors Exchange,    POB 33130,    Phoenix AZ 85067-3130
99205110      Cabela's Club/WFB Visa Center,    POB 82608,    Lincoln NE 68501-2608
99205111      Capital One Bank,    POB 30285,    Salt Lake City UT 84130-0285
99205112      Capital One Services LLC,    POB 71083,    Charlotte NC 28272-1083
99869061     +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
99391645     +Cascade Sierra Solutions,    c/o Megan I. Livermore,    Gaydos Churnside & Balthrop PC,
               P.O. Box 1499,    Eugene, OR 97440-1499
99205115      Citi Cards,    POB 6000,    The Lakes, NV 89163-6000
99205116     +City of Tucson,    Fire Dept,    300 South Fire Central Place,    Tucson, Arizona 85701-1648
99205117     +Client Services Inc,    3451 Harry Truman Blvd,    St Charles MO 63301-9816
99205118      Commercial Equipment Lease Corp.,    POB 11826,    Eugene, OR 97440-4026
99228370     +Commercial Equipment Lease Corporation,    c/o Farleigh Wada Witt,    121 SW Morrison St., Ste. 600,
               Portland, OR 97204-3136
99205120      GMAC Mortgage LLC,    POB 79135,    Phoenix AZ 85062-9135
99205121     +GMAC Mortgage LLC,    c/o Corp. Service Co. RA,    285 Liberty St. NE,    Salem OR 97301-3865
99266846     +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
99205123     #+James A. Underwood,    Smith & Greaves LLP,    621 SW Morrison, Ste 700,    Portland OR 97205-3826
99205124     +Klamath County Clerk,    305 Main Street,    Klamath Falls, OR 97601-6332
99219405     +Les Schwab Tire Centers of Portland, Inc.,    PO Box 5350,    Bend, OR 97708-5350
99625201    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC.,     P.O. Box 41067,
               Norfolk, VA 23541)
99205126     +South Valley Bank and Trust,    POB 5210,    Klamath Falls OR 97601-0206
99205127     +Surety Acceptance Corp,    POB 12949,    Tucson AZ 85732-2949
99205129     +Telecheck Recovery Services, Inc.,    5251 Westheimer,    Houston TX 77056-5415
99205130     +Tucson Clinical Care LLC,    2502 N Dodge Blvd,    Tucson AZ 85716-2671
99379111    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
99362357      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
99330243      eCAST Settlement Corporation assignee of Citibank,    (South Dakota) NA,    POB 29262,
               New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
99269701     +E-mail/Text: bncmail@w-legal.com Apr 20 2013 05:13:07     BACK BOWL I LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
99706821     +E-mail/Text: bncmail@w-legal.com Apr 20 2013 05:13:07     Back Bowl I, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,     Seattle, WA 98121-3132
99250810     +E-mail/Text: bncmail@w-legal.com Apr 20 2013 05:12:58     CANDICA L.L.C,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
99205113     +E-mail/Text: tcole@cascadesierrasolutions.org Apr 20 2013 05:34:18      Cascade Sierra Solutions,
               4750 Village Plaza Loop,    Eugene OR 97401-6601
99205114     +Fax: 602-659-2196 Apr 20 2013 06:22:59     Chexsystems/Consumer Relations,
               7805 Hudson Rd. Ste 100,    Woodbury MN 55125-1595
99387365      E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2013 03:54:29      GE Money Bank,
               Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
99205119      E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2013 03:54:29      GEMB/Home Design-Sewing,
               POB 981127,    El Paso TX 79998-1127
99205122      E-mail/Text: cio.bncmail@irs.gov Apr 20 2013 03:25:01      IRS,    POB 7346,
               Philadelphia, PA 19101-7346
99205125      E-mail/Text: bankruptcy.revenue@dor.state.or.us Apr 20 2013 03:33:13      ODR Bkcy,
               955 Center Street NE, #353,    Salem, OR 97301-2555
99390726      E-mail/Text: bankruptcy.revenue@dor.state.or.us Apr 20 2013 03:33:13      ODR Bkcy,
               955 Center St NE,    Salem OR 97301-2555
99224805      E-mail/PDF: rmscedi@recoverycorp.com Apr 20 2013 03:56:00
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
99255745     +E-mail/Text: bncmail@w-legal.com Apr 20 2013 05:12:43     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
100218980    +E-mail/Text: bncmail@w-legal.com Apr 20 2013 05:36:30     Vanda, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,     Seattle, WA 98121-3132
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Back Bowl I, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*          +Capital One, N.A,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Ste. 200,
               Tucson, AZ 85712-1083
cr*          +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr*          +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
100163196*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541)
99205131*    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,   POB 108 C B Disputes,   Saint Louis MO 63166-0108)
99205128     ##+Target National Bank,   POB 59317,   Minneapolis, MN 55459-0317
                                                                                          TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0979-6           User: kay                  Page 3 of 3                Date Rcvd: Apr 19, 2013
                               Form ID: NPD               Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2013 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

| | | |
|---|---|---|
| NPD (12/1/09) kkm | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |

In re
**Kenneth Floyd Hengel**
 *Other names used by debtor:* Kenneth F. Hengel, Kenneth Hengel, Hengel Trucking
Debtor(s)

) Case No. **11–60770–fra13**
)
)
) NOTICE OF PROPOSED
) DISMISSAL OF CASE
)
)

April 19, 2013

Clerk, U.S. Bankruptcy Court

BY **kkm** DEPUTY

**IT APPEARING** that:

  **The debtor(s) filed a motion to dismiss this case.**

**YOU ARE THEREFORE NOTIFIED** that the case for the debtor(s) named above may be dismissed, for the reason(s) cited as to the named debtor(s), unless, within 21 days of this notice's "Filed" date as shown above, a party in interest (excluding the debtor or debtor's attorney if the debtor has failed to comply with a court order) files a written objection thereto, setting forth the specific grounds for such objection, with both: (1) the Clerk of Court, 405 E 8th Ave #2600, Eugene, OR 97401, and (2) the parties listed below, if any:

Attorney for the Debtor(s): JUDSON M CARUSONE, 711 Country Club Rd #200, Eugene, OR 97401, (541) 343–4700

Trustee: Fred Long, POB 467, Eugene OR, 97440, (541) 343–1555

**IMPORTANT NOTE:** Unless you receive a notice, or copy, of an Order of Dismissal from this court, you should consider that this case is active and will be closed in the ordinary course of case administration!

Clerk, U.S. Bankruptcy Court